**Tom Price**

| | |
|---|---|
| From: | "Hanks, Josh (USAWVS)" <Josh.Hanks@usdoj.gov> |
| To: | <ltprice@wvlaborlaw.com> |
| Sent: | Thursday, January 08, 2009 2:09 PM |
| Subject: | Hemetek Plea Negotiation |

Tom,

I am willing to work up the chain for approval to an 0-20 information plea. I am fairly confident that it would be approved if I'm pushing for it. I would expect it to require Ms. Hemetek to stipulate to a guideline calculation, an agreed factual basis drafted by me, an appellate waiver, and an agreement to surrender her teaching license. If your client can agree to these general terms, please let me know so that I can get approval to make an offer as quickly as possible. Thanks.

JH

Joshua C. Hanks

Assistant U.S. Attorney (SDWV)

300 Virginia St. East, Room 4000

Charleston, WV 25301

304.345.2200

304.347.5705(f)

---

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.10.5/1882 - Release Date: 1/8/2009 8:13 AM

4/27/2009

Subject: Frank Hemetek's Statement
From: Helen Hemetek (helenhemetek@yahoo.com)
To: jackiehallinan@yahoo.com;
Cc: jhallinan@hallinanlaw.com; helenhemetek@yahoo.com;
Date: Sunday, October 9, 2011 10:24 PM

Sunday, October 9, 2011

Honorable Judge Cheryl Eifert

Statement of Frank Hemetek, father of Kathryn Hemetek:

Concerning Mr. Price, Lawyer for Kathryn Hemetek.....

Mr. Price never mentioned anything about MINIMUM MANDATORY SENTENCING to me or to my daughter Kathryn. Never, not once- before or during Kathryn's trial did Kathryn ever discuss the term Minimum Mandatory Sentencing with me or with her mother, Helen Hemetek. I was with Kathryn at least two or maybe three times when she met with Mr. Price. James Wilson, former teacher and principal was with her on one visit.. He would tell you the same thing. He is currently in the hospital very ill.

Kathryn taught school every day, tutored students after school and went to night classes working on her second Masters Degree in Administration.
Tom Price, Kathryn's lawyer not once told her or I about the Safety Valve or anything about the five year penalty to file. Kathryn never ever mentioned any of these terms to us..Nor did Price ever tell us about the consequences of NOT pleading guilty. Mr Price NEVER explained the Safety Valve to us until after the sentencing of Judge Chambers. Price then told Kathryn "It's too late".

The first time Kathryn or I ever heard the term Minimum Mandatory Sentencing was at Kathryn's sentencing when Judge Chambers explained it in the court room. He also said - He could not understand why she did not plead if she knew the consequences. Kathy's response was Everything was not brought up in the trial.

I would like for the court to KNOW WHAT THE 1 POINT against Kathryn was..
Judge Eifert needs to know about this...Harassing phone calls made by Kathryn to her ex-husband...telling him not to come to the funeral of Kathryn's brother, Daniel Hemetek. Daniel was also a State Police Officer at the time of his death.. Trooper Eddie Starcher arrested Kathryn at her school a few days after Dan's funeral for making these phone calls.

Lawyer Price Never brought up the FACT that Kathryn's son, Richard Lockhart was in the last stages of testing for the State Police Academy at the time of the marijuana bust...

Concerning the Probation Officer, Mr. Gwinn and Prosecutor saying - He did not know where Kathryn was half of the time. Kathryn was with her mother or I twenty-four hours a day. She had permission from Judge Chambers to travel to Meigs County, Ohio to testify against Michael L. Neal - One of the persons that I believe planted and cultivated the marijuana.

*Frank Hemetek* (signature)