IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

**UNITED STATES OF AMERICA**

**v.**  CASE NO. 3:11-cv-00579
     (CRIMINAL NO. 3:08-cr-00198)

**KATHRYN ANN HEMETEK**

**UNITED STATES RESPONSE TO MOTION TO WITHDRAW**

Comes now the United States of America by counsel Joshua C. Hanks, Assistant United States Attorney for the Southern District of West Virginia, and pursuant to this Court's order entered February 2, 2012, hereby responds to counsel's Motion to Withdraw. The pending motion involves confidential communications between petitioner and counsel. As such, the United States is not privy to the content of the documents submitted by petitioner's counsel as part of the motion. Consequently, the United States submits that this matter should be considered by the Court ex parte, in camera, and otherwise without participation by the United States.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney


s/Joshua C. Hanks
JOSHUA C. HANKS
Assistant United States Attorney
WV State Bar No. 8550
845 Fifth Avenue
Room 209
Huntington, WV 25701
Telephone: 304-529-5799
Fax: 304-529-5545
Email: josh.hanks@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "UNITED STATES RESPONSE TO MOTION TO WITHDRAW" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 3rd day of February, 2012, to:

>Jacqueline A. Hallinan, Esquire
>HALLINAN LAW OFFICES, PLLC
>100 Capitol Street
>Suite 804
>Charleston, WV  25301
>E-mail:  jhallinan@hallinanlaw.com


>s/Joshua C. Hanks
>JOSHUA C. HANKS
>Assistant United States Attorney
>WV State Bar No. 8550
>845 Fifth Avenue
>Room 209
>Huntington, WV 25701
>Telephone:  304-529-5799
>Fax:  304-529-5545
>Email:  josh.hanks@usdoj.gov

2