IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

KATHRYN ANN HEMETEK,

    Movant,

v.                                       Civil Action No. 3:11-cv-00579
                                       (Criminal No. 3:08-cr-00198)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

It is hereby **ORDERED** that the undersigned United States Magistrate Judge will conduct an evidentiary hearing on **Wednesday, March 14, 2012** at **12:00 p.m.**, to address Movant's allegations that: (1) trial counsel did not inform Movant of the mandatory minimum sentence to which she would be subject if convicted at trial and (2) trial counsel did not inform Movant of the government's information plea offer as set forth in Movant's Memorandum in Support of Motion to Vacate Set Aside or Correct Sentence. (Docket No. 67). Following the evidentiary hearing, the undersigned will consider the parties' arguments regarding Movant's Motion for Bond. (Docket Nos. 72, 87). The hearing will take place in the courtroom of the Honorable David A. Faber, Courtroom number 5600, Robert C. Byrd United States Courthouse, 300 Virginia Street East, Charleston, West Virginia. Movant shall attend the hearing in person.

It is further **ORDERED** that Counsel for the United States is responsible for ensuring that Movant attend the hearing. Counsel for Movant is responsible for arranging the appearance of Tom Price, Movant's trial counsel.

The Clerk is directed to provide a copy of this Order to Movant, all counsel of record, the Probation Department, Warden of FCI Alderson, and the United States Marshals Service.

**ENTERED:** February 14, 2012.

Cheryl A. Eifert
United States Magistrate Judge